**No. 09-623. Sally L. Moody, et al., Petitioners v. Allegheny Valley Land Trust, et al.**

559 U.S. 937, 130 S. Ct. 1507, 176 L. Ed. 2d 110, 2010 U.S. LEXIS 1219.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.

Same case below, 601 Pa. 655, 976 A.2d 484.